FILED
FEB 11 PM 1:32
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JOANNA DYSON WHITE, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | EP-08-CV-401-PRM |
| | § | |
| BMO FINANCIAL GROUP a/k/a | § | |
| BMO – BANK OF MONTREAL and | § | |
| BANK OF THE WEST | § | |
| | § | |
| *Defendants.* | § | |

## AGREED JUDGMENT PURSUANT TO SETTLEMENT

BE IT REMEMBERED that on this day, came to be heard the above-styled and numbered civil action, Plaintiff Joanna Dyson White ("White"), by and through her attorney of record herein, and Defendants BMO Financial Group a/k/a BMO Bank of Montreal ("Bank of Montreal") and Bank of the West, by and through their attorneys of record herein. All Parties jointly announced that any and all disputes between them had been resolved by agreement, and all Parties jointly moved the Court to enter judgment in this civil action in accordance with their settlement. It appears to the Court that judgment should be entered accordingly, as follows:

It is ORDERED, ADJUDGED, and DECREED by the Court that:

1. Draft No. 45490147-2, dated March 6, 2008, made payable by Bank of Montreal to White (the "Draft") is lost;

2. The Draft is void;

3.   White shall not endorse, cash, negotiate, or present the Draft for payment or transfer the Draft to a holder in due course should it come into her possession, custody, or control.

4.   No person or entity can be a holder in due course of the Draft;

5.   White has an enforceable claim pursuant to Section 3.312(b) of the Texas Business and Commerce Code;

6.   Pursuant to the settlement, Bank of Montreal, as the Obligated Bank, shall honor White's claim under Section 3.312(b) of the Texas Business & Commerce Code; and

7.   Bank of Montreal, as the Obligated Bank, is hereby discharged from any and all continuing liability concerning the Draft pursuant to Section 3.312(b)(4) of the Texas Business and Commerce Code.

It is further ORDERED by the Court that any and all relief not expressly granted herein is DENIED and that all costs of Court are hereby taxed to the party incurring the same.

SIGNED this 11th day of February, 2009.

_____
HONORABLE JUDGE PRESIDING

AGREED AS TO FORM AND ENTRY REQUESTED:

*[signature]*

J. Eduardo Cadena
State Bar No. 00783776

CADENA LAW FIRM, P.C.
5809 Acacia Circle
El Paso, Texas 79912
915.845.4440 [Telephone]
915.845.4441 [Facsimile]

ATTORNEY FOR PLAINTIFF
JOANNA DYSON WHITE

AGREED AS TO FORM AND ENTRY REQUESTED:

*[signature]*

Eugene A. "Chip" Brooker, Jr.
State Bar No. 24045558
Marty L. Brimmage, Jr.
State Bar No. 00793386

HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75202-3789
214.651.5000 [Telephone]
214.651.5940 [Facsimile]

ATTORNEYS FOR DEFENDANT
BMO FINANCIAL GROUP a/k/a
BMO – BANK OF MONTREAL

*[signature]*

Ken K. Slavin
State Bar No. 18496100

KEMP SMITH LLP
221 N. Kansas Street, Suite 1700
El Paso, Texas 79901-1443
915.533.4424 [Telephone]
915.546.5360 [Facsimile]

ATTORNEY FOR DEFENDANT
BANK OF THE WEST